IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CESAR P. MARTINEZ                                             PLAINTIFF

v.                          No. 4:12-cv-328-DPM

CUPPS, North Little Rock Police Officer; and
THOMAS, North Little Rock Police Officer          DEFENDANTS

JUDGMENT

Martinez's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 February 2013