# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CESAR P. MARTINEZ**                                              **PLAINTIFF**

v.                          No. 4:12-cv-328-DPM

**CUPPS, North Little Rock Police Officer; and**
**THOMAS, North Little Rock Police Officer**                  **DEFENDANTS**

## JUDGMENT

Martinez's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 February 2013